UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x

VISTA FOOD EXCHANGE, INC.,

                    Plaintiff,

        -against-

SIMON LAW, ADA LAW, CARY AVERY LAW,

                  Defendants.

------------------------------------------------------------- x

21-CV-04689 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., District Judge:**

    The Court is in receipt of Plaintiff Vista Food Exchange, Inc.'s motion under Rule 59(e) to amend the clerk's judgment. Defendants are ORDERED to respond to Plaintiff's motion no later than **May 3, 2023**.

**SO ORDERED.**

**Dated:**    **April 19, 2023**
             **New York, New York**

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**