UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
VISTA FOOD EXCHANGE, INC.,

                **Plaintiff,**

    -against-

SIMON LAW, ADA LAW, CARY AVERY LAW,

                **Defendants.**

------------------------------------------------------------------ x

21-CV-04689 (ALC)

**CONFERENCE ORDER**

**ANDREW L. CARTER, JR., District Judge:**

    The Court will hold a telephonic conference in this action on Tuesday, September 26, 2023 at 2:00M Eastern Time.

    All Parties shall appear and should contact the Court at 1-888-363-4749 (access code: 3768660).

**SO ORDERED.**

Dated:    **September 20, 2023**
          **New York, New York**

                                          **ANDREW L. CARTER, JR.**
                                          **United States District Judge**