UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
VISTA FOOD EXCHANGE, INC.,  :
 :
                 **Plaintiff,**  :
 :    21-cv-04689 (ALC)(SN)
   -against-  :
 :    **CONFERENCE ORDER**
SIMON LAW, et al,  :
 :
                **Defendants.**  :
 :
 :
 :
-------------------------------------------------------------- :
 :
 x

**ANDREW L. CARTER, JR., District Judge:**

The Court will hold a telephonic conference in this action on Friday, September 29, 2023 at 10:30AM Eastern Time.

All Parties shall appear and should contact the Court at 1-888-363-4749 (access code: 3768660).

**SO ORDERED.**

**Dated:**     **September 26, 2023**
           **New York, New York**      **ANDREW L. CARTER, JR.**
                                               **United States District Judge**