**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
VISTA FOOD EXCHANGE, INC.,

                Plaintiff,

   -against-                                        21 **CIVIL** 4689 (ALC)

                                                             **<u>JUDGMENT</u>**

SIMON LAW, et al,

                Defendant.
-------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated October 23, 2023, plaintiff's motion, ECF No. 32, is GRANTED. As such, Plaintiff's motion to expedite, ECF No. 34, is dismissed as moot.

**Dated:**  New York, New York

      October 25, 2023

                                                    **RUBY J. KRAJICK**
                                                    **Clerk of Court**

                                  **BY:**
                                                      **Deputy Clerk**