UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
**VISTA FOOD EXCHANGE, INC.,**

                **Plaintiff,**

        -against-

**SIMON LAW, et al,**

                **Defendants.**

------------------------------------------------------------------ x

**21-cv-04689 (ALC)(SN)**

**ORDER**

**ANDREW L. CARTER, JR., District Judge:**

       The Court is in receipt of Defendant Simon Law's notice of bankruptcy. ECF No. 45. The parties are ordered to file a joint status report regarding how Law's bankruptcy petition will affect collection of the judgment in this case by **November 6, 2023**.

**SO ORDERED.**

Dated:    **November 1, 2023**
               **New York, New York**

                                      **ANDREW L. CARTER, JR.**
                                      **United States District Judge**