UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x
VISTA FOOD EXCHANGE, INC.,              :
                                        :
                    Plaintiff,          :
                                        :      21-cv-04689 (ALC)(SN)
         -against-                      :
                                        :      **ORDER**
SIMON LAW, et al,                       :
                                        :
                    Defendants.         :
                                        :
                                        :
------------------------------------------------------------------- :
                                        :
                                        x

**ANDREW L. CARTER, JR., District Judge:**

The parties are ordered to file a joint status report regarding the status of collection of the final the judgment in this case and the contempt award by **November 27, 2023**.

**SO ORDERED.**

**Dated:**   **November 17, 2023**
             **New York, New York**

                                        _____
                                        **ANDREW L. CARTER, JR.**
                                        **United States District Judge**