UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------- x
VISTA FOOD EXCHANGE, INC.,                     :
                                               :
                              **Plaintiff,**     :
                                               :    21-cv-04689 (ALC)(SN)
      -against-                             :
                                               :    **CONFERENCE ORDER**
SIMON LAW, et al,                              :
                                               :
                         **Defendants.**     :
                                               :
                                               :
                                               :
--------------------------------------------------------------- :
                                               :
                                               x

**ANDREW L. CARTER, JR., District Judge:**

    The Court will hold a telephonic conference in this action on Wednesday, December 6, 2023 at 4:30PM Eastern Time.

    All Parties shall appear and should contact the Court at 1-888-363-4749 (access code: 3768660).

**SO ORDERED.**

**Dated:**    **November 29, 2023**
              **New York, New York**              **ANDREW L. CARTER, JR.**
                                                        **United States District Judge**