```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 12/27/23
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
VISTA FOOD EXCHANGE, INC.,                  :
                                            :
      **Plaintiff,**   :
                                            : **21-CV-04689 (ALC)(SN)**
 -against-                             :
                                            : <u>**ORDER**</u>
SIMON LAW, et al,                           :
                                            :
      **Defendant.** :
                                            :
-------------------------------------------------------------- :
                                                               x

**ANDREW L. CARTER, JR., District Judge:**

  A Telephone Status Conference is set for December 27, 2023, at **12:00 p.m.** The parties should contact the Court at 1-888-363-4749 on the date and time specified above and once prompted, should dial access code 3768660.

**SO ORDERED.**

**Dated:**  **New York, New York**
    **December 26, 2023**

_(signature)_
_____
  **ANDREW L. CARTER, JR.**
  **United States District Judge**