

# JONATHAN C. SCOTT P.C.

MEMO ENDORSED

December 16, 2025

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED:  12/18/2025_____

Hon. Andrew L. Carter Jr.
U.S. District Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Re:  Vista Food Exchange, Inc. v. Lawson Foods, LLC
Case No. 1:17-cv-07454-ALC-SN and Case No. 1:21-cv-04689-ALC
United States District Court for Southern District of New York

Dear Judge Carter,

This firm represents Plaintiff Vista Food Exchange, Inc. ("Vista").

At the September 23, 2025 status conference, the Court set January 6, 2026 as the deadline for Vista to file its amended Order to Show Cause, and January 21, 2026 as the deadline for the parties to file a Joint Status Report.

We write on behalf of Plaintiff Vista Food Exchange, Inc. to respectfully request that both deadlines be extended by forty-five (45) days.

With the requested extension, the revised deadlines would be February 20, 2026 for Vista to file its renewed motion for contempt, sanctions, and associated relief, and March 9, 2026 for the parties to submit the Joint Status Report.

We have conferred with counsel for Lawson, who consent to the requested revisions to the schedule.

Vista's request for an extension is threefold.

1)   Vista was unable to obtain information from the USDA during the lapse in appropriations.
2)   In the separate, pending adversary proceeding brought by Lawson's bankruptcy trustee, Charles Forman, a mediation was held on November 11, 2025, but no resolution was reached.
3)   Vista requires additional time to complete the preparation and filing of the motion.

Respectfully submitted,

JONATHAN C. SCOTT, P.C.

/s/ Jonathan C. Scott
Jonathan C. Scott

Jonathan C. Scott P.C.
3102 Maple Ave, Suite 400,
Dallas, Texas 75201
(214) 999-2901

The Honorable Andrew L. Carter, Jr.
December 16, 2025
Page 2


*cc: All counsel via ECF*

SO ORDERED:

HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

December 18, 2025