

# JONATHAN C. SCOTT P.C.

MEMO ENDORSED

May 30, 2025

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: _12/18/2025_____

Chief Magistrate Judge
Hon. Sarah Netburn
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007
Deputy Phone: (212) 805-4540

Re:  Cases 1:17-cv-07454-ALC-SN and Case No. 1:21-cv-04689-ALC
Vista Food Exchange, Inc. v. Lawson Foods, LLC
Letter Requesting an Extension of Time on Consent

Dear Judge Netburn,

We write on behalf of plaintiff, Vista Food Exchange, Inc., jointly with counsel for Lawson Foods, Inc. to request an extension of time on consent to June 13, 2025, to submit the joint status report.

Counsel met and conferred on May 28, 2025, over Zoom, and we need additional time.

Respectfully submitted,

JONATHAN C. SCOTT, P.C.

/s/ Jonathan C. Scott
Jonathan C. Scott

PARDALIS & NOHAVICKA LLP

*Eleni Melekou*
Eleni Melekou, Esq.

SO ORDERED:

HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

December 18, 2025

Jonathan C. Scott P.C.
2200 Ross Ave, Suite 4900W,
Dallas, Texas 75201
(214) 999-2901